No. 71–883. PEARL *v.* LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 71–920. IN RE O'CONNOR. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 71–953. JOHNSON *v.* REED ET VIR. Sup. Ct. Tex. Motion to dispense with printing petition granted. Certiorari denied.

No. 1469, October Term, 1970. HOMART DEVELOPMENT CO. *v.* DIAMOND ET AL., 402 U. S. 988. Joint motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN are of the opinion that the motion should be granted.

No. 71–437. AMATO ET AL. *v.* WISCONSIN, 404 U. S. 1063;

No. 71–5504. FEURTADO *v.* FLORIDA, 404 U. S. 1047; and

No. 71–5536. WICKLINE *v.* BROOKS ET AL., 404 U. S. 1061. Petitions for rehearing denied.

MARCH 8, 1972

No. 71–747. GRAUSAM *v.* MURPHEY, STATE HOSPITAL DIRECTOR, ET AL. C. A. 3d Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.